ACCEPTED
05-15-00892-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/29/2015 1:58:43 PM
LISA MATZ
CLERK

## CAUSE NO. 05-15-00892-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/29/2015 1:58:43 PM
LISA MATZ
Clerk

| | |
|---|---|
| **WILLIAM L. MUZOLF** | **IN THE FIFTH SUPREME** |
| | **JUDICIAL DISTRICT** |
| **VS.** | |
| | **COURT OF APPEALS** |
| **STATE OF TEXAS** | **DALLAS, TEXAS** |

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

**NOW COMES** the appellant, and files this motion for an extension of forty-five f days in which to file the appellant's brief.

In support of this motion appellant shows the court the following:

### I. PROCEDURAL BACKGROUND

The appellant was convicted after a jury trial on June 26, 2015 of the offense of Continuous Sexual Abuse of a young Child a first degree felony in the 382ND Judicial District Court of Rockwall County. Appellant was sentenced by the jury to life in the Texas Department of Criminal Justice Institutional Division with no fine.

Appellant timely filed a notice of appeal on July 22, 2015. Appellate counsel was appointed on July 29.

The clerk's record was filed on August 6. The reporter's record was filed on

August 25.

Appellant has not requested nor been granted any prior extensions of time to file the brief. The brief was due on September 24, a period not greater than fifteen days prior to the filing of this motion.

## II

Appellant's request for an extension is based upon the following facts: Appellate counsel is a busy attorney in private practice. There is no one else in counsel's office qualified to make court appearances or prepare briefs. For this reason counsel was unable to complete the brief in the time allowed.

## III

Appellant in this case is serving a life sentence. Granting of this extension will not cause an unfair prejudice against Appellant. On the contrary, denial of this motion would serve to deny Appellant a meaningful opportunity to appeal.

Counsel understands that the granting of an extension is purely discretionary with the court, and assures the Court that she has not been dilatory in preparing Appellant's brief. Appellant has completed reviewing the record and begun researching the applicable law and drafting issues for the brief. Counsel anticipates she can complete and file the brief by November 8, 2015.

## IV

WHEREFORE, appellant prays the court grant this motion and extend the deadline for filing the Appellant's Brief for forty-five days or until November 8, 2015 whichever is later.

Respectfully submitted,

"/ S /" Celia M. Sams
CELIA M. SAMS
Texas Bar No. 04722100
P.O. Box 775

Rowlett, Texas 75030-0775
Office: (972) 475-7476
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify that I have conferred with Appellee's attorney on September 29, and he has no objection to this Motion for Extension.

"/ S /" Celia M. Sams
Celia M. Sams

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the above entitled and numbered motion has been served on the District Attorney of Rockwall County, Texas, by delivery of it to him/her (IN PERSON) or (BY MAIL, by depositing same, postpaid, in an official depository under the care and custody of the United States Postal Service on September 29, 2015, by email to jeff.shell@rockwallcounty.org (enclosed in a wrapper properly addressed as follows:)

Rockwall County District Attorney
Appellate Section
1101 Ridge Road
Rockwall, TX 75207

"/ S /" Celia M. Sams
Celia M. Sams